UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Margaret Hiner, Gloria Hiner and John Hiner,   Civil No. 06-3484 (RHK/AJB)

                Plaintiffs,   **ORDER**

v.

NCO Financial Systems, Inc., and "Miss Rizzo,"

                Defendants.

_____

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements, or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay

**JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

Date:  June 12, 2007

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge